UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No.    06-20136

HONORABLE AVERN COHN

KIRK LANAM,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on May 07, 2012, judgment is entered in favor of plaintiff and against defendant.

DAVID WEAVER

Dated: May 7, 2012        By: s/Julie Owens
                                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 7, 2012, by electronic and/or ordinary mail.

                                  S/Julie Owens
                                  Case Manager, (313) 234-5160